# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| AMANDA WOODRUFF, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:19-CV-02601-JAR-JPO |
| LET'S PRETEND LEARNING CENTER, LLC and ALICE F. BOYD, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation of Dismissal with Prejudice filed herein by the parties, hereby dismisses the above-captioned cause of action with prejudice under Fed. R. Civ. P. 41(a)(2) and each party to bear their own costs.

IT IS SO ORDERED.

Dated: March 19, 2020                              s/ Julie A. Robinson
                                                   United States District Judge

1